No. 94–5895.  ZIMMERMAN v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 94–5932.  HATFIELD v. DAUGHERTY, GARRAD DISTRICT JUDGE, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 94–6009.  LAVOLD v. CHANG ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 94–6056.  BROWN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–6111.  JOHNSTON v. WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 94–6142.  PLATSKY v. STUDEMAN ET AL.  C. A. 2d Cir. Certiorari denied.

No. 94–6151.  HOLMES v. LOUISIANA.  Ct. App. La., 4th Cir. Certiorari denied.

No. 94–6152.  ETEMAD v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–6157.  MILLER v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 94–6163.  REISS v. CLARKSTOWN ET AL.  C. A. 2d Cir. Certiorari denied.

No. 94–6164.  LYONS v. KIERNAN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–6166.  ABIDEKUN v. NEW YORK ET AL.  C. A. 2d Cir. Certiorari denied.

No. 94–6174.  KIRAKOSSIAN v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 94–6179.  ANDREWS v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 94–6180.  CHILDS v. MISSOURI.  Ct. App. Mo., Eastern Dist.  Certiorari denied.